

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

March 30, 2015

Jarrod Neal Flaming
TDCJ-ID #1679601
Jester III Unit
3 Jester Road
Richmond, TX 77406

Wally Hatch
District Attorney
225 Broadway, Suite 1
Plainview, TX 79072-8050
* DELIVERED VIA E-MAIL *

**RE:**  Case Number: 07-15-00073-CR, 07-15-00074-CR
Trial Court Case Number: A-18635-1011, B-18377-1004

**Style:** Jarrod Neal Flaming v. The State of Texas

Dear Mr. Flaming and Mr. Hatch:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:  Honorable Kregg Hukill (DELIVERED VIA E-MAIL)
Carla Cannon (DELIVERED VIA E-MAIL)